# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 20, 2013

Lyle W. Cayce
Clerk

No. 12-50747
Summary Calendar

JANOS FARKAS,

Plaintiff-Appellant,

versus

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION;
BRICE, VANDER, LINDEN & VERNICK,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Texas
No. 1:12-CV-398

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Janos Farkas, *pro se*, appeals the dismissal, for failure to state a claim

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

under Federal Rule of Civil Procedure 12(b)(6), of his suit challenging a fore-closure. In a concise but thorough Order filed June 22, 2012, the district court carefully explained why there is no merit to the claim.

The judgment of dismissal is AFFIRMED, essentially for the reasons given by the district court. As for Farkas's claim that removal was improper for want of diversity of citizenship, we agree with defendant that the joinder of the second defendant was fraudulent and in an attempt to defeat diversity in that there was no colorable cause of action against that defendant.